# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-1856

———————————————

WILLIE RAY MOORE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

February 22, 2018

PER CURIAM.

    AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Glenna Joyce Reeves, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.